IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SWORDS TO PLOWSHARES,

    Plaintiff,

v.

ROBERT KEMP,

    Defendants.

No. C 05-1661 MJJ

**ORDER**

The Court requests that the parties file supplemental briefs, no longer than five pages, addressing the following issues: 1) how is the present case distinguishable from *Round Valley Indian Housing Authority v. Hunter*, 907 F. Supp. 1343 (N.D. Cal. 1995), where the court held that a dispute over a sublease between two private parties on Indian trust land did not confer federal jurisdiction; and 2) explain how federal Indian lands differ from exclusive federal enclaves in light of 28 U.S.C. § 1360(b), which states that nothing in §1360 "shall confer jurisdiction upon the state to adjudicate the ownership or right to possession of such property [federal Indian lands] or any interest therein." The parties' briefs should be filed no later than 3:00 p.m. on June 22, 2005.

**IT IS SO ORDERED.**

Dated: June 20, 2005

                                                  /s/
                                     MARTIN J. JENKINS
                                     UNITED STATES DISTRICT JUDGE