UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWORDS TO PLOWSHARES,<br><br>               Plaintiff,<br><br>   v.<br><br>ROBERT KEMP,<br><br>               Defendant. | Case No.: 3:05-CV-01661-MJJ<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT ROBERT KEMP'S MOTION FOR LEAVE TO FILE SURREPLY BRIEF |

1  Defendant's motion for leave to file a surreply brief (the "Motion") came on for review
2  before this Court before the Honorable Martin J. Jenkins. And this Court, having considered
3  Defendant's Motion and all the other pleadings filed in connection with this matter, and good
4  cause appearing therefor, GRANTS Plaintiff's Motion, and, THEREFORE:
5     IT IS HEREBY ORDERED that that the Motion is GRANTED; and
6     IT IS FURTHER ORDERED that Defendant's [proposed] surreply brief filed in support
7  of the Motion is hereby deemed FILED as of June 15, 2005.
8     IT IS SO ORDERED.

10  Dated: 6/20/2005

   [APPROVED — Judge Martin J. Jenkins, United States District Court, Northern District of California]

11  /s/
   UNITED STATES DISTRICT JUDGE

-1-
[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE SURREPLY BRIEF (Case No.: 3:05-cv-01661-MJJ)