IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWORDS TO PLOWSHARES,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT KEMP,<br><br>    Defendant.<br>_____/ | No. C 05-1661 MJJ<br><br>**ORDER GRANTING REQUEST OF PLAINTIFF FOR LEAVE TO FILE RESPONSIVE BRIEF TO GOVERNMENT'S AMICUS CURIAE BRIEF** |

On June 24, 2005, Plaintiff Swords to Plowshares requested leave to file a responsive brief to the extent the DOJ's amicus brief raises any issues or authorities beyond those asserted by Defendant Kemp in the prior briefings. For good cause showing, the Court **GRANTS** Plaintiff's request. Plaintiff shall file its responsive brief on or before 12:00 p.m. on July 11, 2005.

**IT IS SO ORDERED.**

Dated: June 28, 2005

                                                                     /s/<br>
                                              MARTIN J. JENKINS<br>
                                              UNITED STATES DISTRICT JUDGE